# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hunter Rode,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Creative Environments Design & Landscape Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-21-01656-PHX-ESW<br><br>**ORDER** |

　　　　The Court has considered the parties' Stipulation for Dismissal (Doc. 27). Good cause appearing,

　　　　IT IS ORDERED granting the Stipulation for Dismissal (Doc. 27).

　　　　IT IS FURTHER ORDERED dismissing this action with prejudice in its entirety, each party bear its own costs and attorneys' fees. The Clerk of Court is directed to terminate this case.

　　　　Dated this 14th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge